JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA VAN TRAN,<br>Plaintiff,<br>v.<br>J. JOHNSON et al.,<br>Defendants. | Case No. 5:26-cv-03969-SB-PVC<br><br>FINAL JUDGMENT |

For the reasons stated in a separate order, the habeas petition is dismissed as moot.

This is a final judgment.

Date: August 4, 2026

Stanley Blumenfeld, Jr.
United States District Judge